### PAYNE v. BURNHAM, appellant.

#### *Estoppel — usury.*

Before a mortgage given by defendant to a third party was assigned to plaintiff, defendant made affidavit that it was a valid, subsisting mortgage, believing which, plaintiff took the same for value. *Held*, that defendant was estopped from setting up the defense of usury.

APPEAL from a judgment in favor of plaintiff entered upon the decision of the court. The action was brought by Cornelius B. Payne against Amelia E. Burnham and others to foreclose a mortgage.

*Geo. C. Blanke*, for appellants.

*Geo. H. Grannis*, for respondent.

BARNARD, P. J,

The principal question in the case was one of fact which the referee decided upon conflicting evidence. The only point of law is fully stated in the head-note.

*Judgment affirmed.*